IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**ROLANDA HAUGHTON, as mother**                                   **PLAINTIFF**
**and next friend of Roqueria Nashawn**
**Hauton Tallie, a minor**

**V.**                                                           **NO. 1:15-CV-00125-DMB-SAA**

**CAROLYN W. COLVIN,**
**COMMISSIONER OF THE SOCIAL**
**SECURITY ADMINISTRATION**                                          **DEFENDANT**

## ORDER OF DISMISSAL

The Court takes up, *sua sponte*, the dismissal of this cause. On July 7, 2015, Plaintiff Rolanda Haughton filed an appeal of a denial of Social Security benefits on behalf of her child, Roqueria Nashawn Hauton Tallie. Doc. #1. Simultaneous with the filing the complaint, Haughton filed a motion to proceed *in forma pauperis* and filed an affidavit of poverty. Doc. #2. On October 28, 2015, the Court entered an "Order Directing Filing of Briefs and Scheduling Oral Argument" which required Haughton to file her brief in support of judicial review by November 27, 2015. Doc. #8. Because Haughton never filed her brief in support of judicial review, on January 4, 2016, the Court entered an Order directing Haughton "to file her memorandum brief or show cause why her case should not be dismissed for failure to comply with the Court's October 28, 2015 Order no later than January 18, 2016." Doc. #10. The Order further warned Haughton that if "[she] fails to respond to this order, her case will be dismissed by the Court for failure to prosecute." *Id*. However, despite being represented by counsel, Haughton has not responded to the Court's January 4 Order nor has she filed her memorandum brief.

Because Haughton has made no effort to respond to the Court's Order and has failed to prosecute her case against the Social Security Administration, the claims made in the Complaint against the Social Security Administration in this action are **DISMISSED** without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, and the Clerk is directed to close the case on the docket.

**SO ORDERED**, this 3rd day of February, 2016.

/s/ **Debra M. Brown**
**UNITED STATES DISTRICT JUDGE**